Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street NW
Washington, DC 20001
Telephone: (202) 261-2990
Facsimile:  (202) 261-2999

Attorneys for Defendant Melanie Lundquist

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ALEX D'ANGELO, *individually*,             :
*and on behalf of all others similarly*    :   Civil Action No. 1:08-CV-01331 (RMB) (ECF)
*situated*                                 :
                       Plaintiffs    :
    v.                                   :
                                           :
Municipal Mortgage & Equity, LLC, et al.,  :
                                           :
                     Defendants.   :
------------------------------------------------------x

## NOTICE OF APPEARANCE OF MICHAEL D. MANN

PLEASE TAKE NOTICE that the undersigned appears for Defendant Melanie Lundquist in the above-captioned case and requests that service be made of all orders, notices and other pleadings of any nature filed in this case on: Michael D. Mann, Richards Kibbe & Orbe LLP, 701 8th Street NW, Washington, DC 20001.

I certify that I am admitted to practice in this Court.

Dated: March 5, 2008
       Washington, DC

                          RICHARDS KIBBE & ORBE LLP

                          /s/ Michael Mann
                          Michael D. Mann
                          701 8th Street NW
                          Washington, DC 20001
                          Telephone: (202) 261-2990
                          Facsimile: (202) 261-2999
                          MMann@rkollp.com

                          Counsel for Defendant Melanie Lundquist

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I served the foregoing Notice of Appearance of Michael D. Mann through the Court's electronic notification system to all registered counsel.

_____
Michael A. Schneider