Case 1:08-cv-01299-RMB    Document 3    Filed 03/31/2008    Page 1 of 4

**MEMO ENDORSED**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on behalf of all others similarly situated, | Case No. 08-1299<br>Case No.: 08-cv-00980 |
| Plaintiff, | ECF CASE |
| -v- | |
| EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC., | Motion (#3) is denied as moot in light of Pl's withdrawn application.<br><br>SO ORDERED:<br>Date: 4/11/08  Richard M. Berman<br>Richard M. Berman, U.S.D.J. |
| Defendants. | |
| JULES ROTHAS, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 08-cv-01120 |
| -v- | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/11/08 |
| MUNICIPAL MORTGAGE & EQUITY, LLC., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY, | |
| Defendants. | |

(Additional captions to follow)

**NOTICE OF MOTION OF ARNOLD J. ROSS FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| ARNOLD J. ROSS, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    -v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC.<br><br>              Defendants. | Case No. 08-cv-1299 |
| ALEX D'ANGELO, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, AND FRED N. PRATT, JR.,<br><br>              Defendants. | Case No. 08-cv-01331 RMB |

2

| | |
|---|---|
| NAOMI RAPHAEL, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR.,<br><br>       Defendants. | Case No. 08-cv-02190 |

PLEASE TAKE NOTICE that, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), class member Arnold J. Ross ("Ross"), hereby moves this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order: (i) consolidating all related cases and any subsequently filed related cases; (ii) appointing the Arnold J. Ross as Lead Plaintiff in the consolidated action and any subsequently filed related cases; and (iii) approving its selection of Abbey Spanier Rodd & Abrams, LLP, as Lead Counsel.

This Motion is based on the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Nancy Kaboolian filed herewith, and all prior pleadings and

proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: March 31, 2008
         New York, New York

Respectfully Submitted,

**ABBEY SPANIER RODD &
ABRAMS, LLP**

By: _____
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
**nkaboolian@abbeyspanier.com**
Tel: (212) 889-3700
Fax: (212) 684-5191

Proposed Lead Counsel for Proposed Lead
Plaintiff Arnold J. Ross

4