# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX D'ANGELO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MUNICIPAL MORTGAGE & EQUITY, LLC, MICHAEL L. FALCONE, WILLIAM S. HARRISON, EARL W. COLE, III, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, CHARLES M. PINCKNEY ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR MEHLMAN and FRED N. PRATT, JR., <br><br> Defendants. | **DOCKET NO. 08-cv-1331** <br><br> **CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs file this notice of dismissal as to all Defendants, pursuant to F.R.C.P. 41. No adverse party has filed an answer or motion for summary judgment. Please mark the dismissal without prejudice.

Dated: May 21, 2008                                    **BRODSKY & SMITH, LLC**

By:*s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

1

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056

*Attorneys for Plaintiffs*

**PROOF OF MAILING**

     I, Evan J. Smith, Esquire, hereby certify that I filed this document in accordance with the local rules regarding electronic filing on this 21st day of May, 2008 and that all counsel shall receive true and correct copies of this document through the ECF system.

Dated: May 21, 2008                                   */s/ Evan J. Smith, Esquire*