Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX D'ANGELO, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) DOCKET NO. 08-cv-1331 (RMB)<br>)<br>) |
| vs. | ) CLASS ACTION COMPLAINT<br>) |
| MUNICIPAL MORTGAGE & EQUITY LLC, MICHAEL L. FALCONE, WILLIAMS HARRISON, EARL W. COLE, III, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, CHARLES M. PINCKNEY, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR MEHLMAN and FRED N. PRATT, JR., | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs file this notice of dismissal as to all Defendants, pursuant to F.R.C.P. 41. No adverse party has filed an answer or motion for summary judgment. Please mark the dismissal without prejudice.

Dated: May 21, 2008

BRODSKY & SMITH, LLC

By _____
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
5/27/2008

1

SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056

*Attorneys for Plaintiffs*

clerk to close this action.

5/27/08
SO ORDERED

RMB
———————————
U.S.D.J.

Richard M. Berman

2

## PROOF OF MAILING

I, Evan F. Smith, Esquire, hereby certify that I filed this document in accordance with the local rules regarding electronic filing on this 21st day of May, 2008 and that all counsel shall receive true and correct copies of this document through the ECF system.

Dated: May 21, 2008